UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Shanise N Palmer                          Chapter 13
                                               Case No. 25-10188-DJB

    Debtor

_____

## NOTICE OF APPEARANCE

      Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Ally Bank, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: <u>April 3, 2025</u>

                                                         Respectfully Submitted,

                                                         */s/ Elizabeth A. Trachtman*
                                                         Elizabeth A. Trachtman, Esq. PA 333427
                                                         Michele M. Bradford, Esq. PA 69849
                                                         Nicole M. Francese, Esq. PA 332253
                                                         Orlans Law Group PLLC
                                                         Attorney for Ally Bank
                                                         200 Eagle Road, Bldg 2, Suite 120
                                                         Wayne, PA 19087
                                                         (484) 367-4191
                                                         Email: etrachtman@orlans.com
                                                         mbradford@orlans.com
                                                         nfrancese@orlans.com
                                                         File Number: 25-005059